**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **GEORGE CAPLAN** on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>**AMERICAN AMICABLE LIFE INSURANCE COMPANY OF TEXAS,** doing business as:<br>**AMERICAN AMICABLE GROUP**,<br><br>      Defendant. | Case No.  6:26-cv-00176-LS<br><br>Honorable District Judge Leon Schydlower |

**JOINT SCHEDULING RECOMMENDATIONS**

The parties recommend that the following deadlines be entered in the scheduling order to control the course of this case:

1. The parties shall complete alternative dispute resolution ("ADR") in compliance with W.D. Tex. Civ. R. 88 by **September 30, 2026**. A motion objecting to ADR must be filed no later than sixty days before the ADR deadline.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by **July 8, 2026**, and each opposing party shall respond, in writing, by **July 22, 2026**.

3. The parties shall file all motions to amend or supplement pleadings or to join additional parties by **August 7, 2026**.

4. **Plaintiff shall file a motion for class certification pursuant to Fed. R. Civ. P. 23 and disclose expert witnesses and declarations in support of class certification by December 1, 2026. Defendant shall file a response to the motion for class certification and disclose**

1

**rebuttal expert witnesses and declarations regarding of class certification by <u>January 20,</u>**

**<u>2027</u>. Plaintiff shall file a reply in support of the motion for class certification by <u>February</u>**

**<u>4, 2027</u>.**

5.        All parties asserting claims for relief shall file their designation of testifying experts

and shall serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B)

**<u>within 30 days after ruling on Plaintiff's Motion for Class Certification</u>**. Parties resisting

claims for relief shall file their designation of testifying experts and shall serve on all parties, but

not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) **<u>within 30 days thereafter</u>**. All

designations of rebuttal experts shall be filed within **<u>14</u>** days of receipt of the report of the opposing

expert.

6.        All objections or motions under Rule 702 or Rule 703 of the Federal Rules of

Evidence shall be filed with the court and served upon opposing parties no later than **<u>30</u>** days after

the receipt of the written report of the expert's proposed testimony, or within **<u>30</u>** days of obtaining

a copy of the expert's deposition, if a deposition is taken, whichever is later.

7.        The parties shall complete all discovery, on or before **<u>90 days after ruling on</u>**

**<u>Plaintiff's Motion for Class Certification</u>**. Counsel may by agreement continue discovery

beyond the deadline, but there will be no intervention by the Court except in extraordinary

circumstances, and no trial setting will be vacated because of information obtained in post-deadline

discovery.

8.        All dispositive motions as defined in W.D. Tex. Civ. R. 7(c) shall be filed no later

than **<u>30 days after the close of discovery</u>**.

9.      The Court will set the case for trial by separate order. The order will establish trial type deadlines to include pretrial matters pursuant to Local Rule CV-16(e)-(g).

Date:  May 11, 2026

/s/ Raina C. Borrelli
Raina C. Borrelli
**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com

Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100
anthony@paronichlaw.com

*Counsel for Plaintiff and the Putative Class*

Date:  May 11, 2026

/s/ Hyung Chul Jung
Hyung Chul Jung
Cary A. Slobin
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
5830 Granite Parkway, Suite 1000
Plano, TX 75024
Telephone: (469) 484-6100
Facsimile: (469) 828-7217
dave.jung@nelsonmullins.com
cary.slobin@nelsonmullins.com

*Counsel for Defendant*