# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **GEORGE CAPLAN, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,** | § § § § | |
| *Plaintiff,* | § § | No. 6:26-CV-00176-LS |
| **v.** | § § | |
| **AMERICAN AMICABLE LIFE INSURANCE COMPANY OF TEXAS,** | § § § | |
| *Defendant.* | § | |

## SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16 and the Local Court Rules for the United States District Court for the Western District of Texas, the Court issues the following scheduling order in this case.

1. The parties shall complete alternative dispute resolution ("ADR") in compliance with W.D. Tex. Civ. R. 88 by **September 30, 2026**. A motion objecting to ADR must be filed no later than **July 31, 2026**.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by **July 8, 2026**, and each opposing party shall respond in writing by **July 22, 2026**.

3. The parties shall file all motions to amend or supplement pleadings or to join additional parties by **August 7, 2026**.

4. Plaintiff shall file a motion for class certification pursuant to Fed. R. Civ. P. 23 and disclose expert witnesses and declarations in support of class certification by **December 1, 2026**. Defendants shall file a response to the motion for class certification and disclose rebuttal expert

witnesses and declarations regarding class certification by **January 20, 2027**. Plaintiff shall file a reply in support of the motion for class certification by **February 4, 2027**.

5.      All parties asserting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **March 8, 2027**. Parties resisting claims for relief shall file their designation of potential witnesses, testifying experts and a list of proposed exhibits, and shall serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **March 22, 2027**. All designations of rebuttal experts shall be filed within 14 days of receipt of the report of the opposing expert.

6.      All objections or motions under Rule 702 or Rule 703 of the Federal Rules of Evidence shall be filed with the court and served upon opposing parties no later than 30 days after the receipt of the written report of the expert's proposed testimony, or within 30 days of obtaining a copy of the expert's deposition, if a deposition is taken, whichever is later.

7.      The parties shall complete all discovery on or before **April 21, 2027**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances and no trial setting will be vacated because of information obtained in post-deadline discovery.

8.      All dispositive motions as defined in W.D. Tex. Civ. R. 7(c) shall be filed no later than **May 5, 2027**.

9.      The parties should be ready for trial on or about **November 1, 2027**. The parties should consult W.D. Tex. Civ. R. 16 regarding matters to be filed in advance of trial.

**SO ORDERED**.

**SIGNED** and **ENTERED** on May 13, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**