# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

George Caplan, individually and on behalf of
all other similarly situated

vs.                                                    Case No.: 6:26-CV-00176-LS

American Amicable Life Insurance Company
of Texas

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by D. Larry Kristinik _____, counsel for

American Amicable Life Insurance Company _____, and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

D. Larry Kristinik _____ may appear on behalf of American Amicable Life Insurance

in the above case.

IT IS FURTHER ORDERED that D. Larry Kristinik _____, if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of May _____, 20_____.


_____
UNITED STATES MAGISTRATE JUDGE