# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| **GEORGE CAPLAN** on behalf of himself and all others similarly situated, | Case No.  6:26-cv-00176-LS |
| Plaintiff, | Honorable District Judge Leon Schydlower |
| v. | |
| **AMERICAN AMICABLE LIFE INSURANCE COMPANY OF TEXAS,** doing business as: **AMERICAN AMICABLE GROUP**, | |
| Defendant. | |

## STIPULATION TO DISMISS

The parties, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action without prejudice with each party to bear its own costs and attorneys' fees.

*[Counsel signatures to follow on next page.]*

1

Date:  June 4, 2026

/s/ Raina C. Borrelli
Raina C. Borrelli
**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com

Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100
anthony@paronichlaw.com

*Counsel for Plaintiff and the Putative Class*

Date:  June 4, 2026

/s/ Hyung Chul Jung
Hyung Chul Jung
Cary A. Slobin
**NELSON MULLINS RILEY &**
**SCARBOROUGH LLP**
5830 Granite Parkway, Suite 1000
Plano, TX 75024
Telephone: (469) 484-6100
Facsimile: (469) 828-7217
dave.jung@nelsonmullins.com
cary.slobin@nelsonmullins.com

*Counsel for Defendant*
*American Amicable Life Insurance*
*Company of Texas*
d/b/a *American Amicable Group*

2

## CERTIFICATE OF SERVICE

I, Raina C. Borrelli, hereby certify that on June 4, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 4th day of June, 2026.

/s/ Raina C. Borrelli
Raina C. Borrelli
**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com

3