# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| GEORGE CAPLAN, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| | § | |
| *Plaintiff,* | § § | No. 6:26-CV-00176-LS |
| v. | § § | |
| AMERICAN AMICABLE LIFE INSURANCE COMPANY OF TEXAS, | § § § | |
| | § | |
| *Defendant.* | § | |

## ORDER DISMISSING CASE

Upon consideration of the parties' Stipulation to Dismiss,[1] the Court dismisses this action without prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on June 4, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 16.